■ (A) Louis Cusumano, Appellant, v. Pitzer Trucking Co. et al., Respondents. (B) David L. Gittlitz et al., Appellants, v. Robert S. Lewis, Respondent.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ Elizabeth A. Dunn, Respondent, v. Leonard J. Dunn, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ Anita Y. Flackbert, Respondent, v. A. Clyde Flackbert, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ Rose Glazer, Respondent-Appellant, v. Abraham M. Glazer, Appellant-Respondent.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the City of New York, Respondent, Relative to Acquiring Title to Real Property Required for the Clove Lakes Expressway. Herman Borgstede et al., as Executors of Dora Borgstede, Deceased, et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of Sheila Kandell, Respondent, v. Paul Kandell, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of Aaron Kornfeld, Petitioner, and Hyman Lazarowitz, Appellant, v. Werner Wagner, Respondent.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ (A) In the Matter of Rose Lagano, Appellant, v. Motor Vehicle Accident Indemnification Corporation, Respondent. (B) The People of the State of New York, Respondent, v. Tarzan B. Colon, Appellant. (C) The People of the State of New York, Respondent, v. George Pizarro, Appellant. (D) The People of the State of New York, Respondent, v. Joseph M. Roglieri, Appellant. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.— [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed.